IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH SHIRAH, SR.,

      Petitioner,

v.                                CASE NO.  5:05cv217-RH/WCS

STATE OF FLORIDA,

      Respondent.

_____/

## ORDER OF DISMISSAL

      This matter is before the court on the report and recommendation (document 5), and the objections thereto (document 6).  I have reviewed de novo the issues raised by the objections.  The report and recommendation correctly concludes that petitioner may not proceed with this second or successive petition under 28 U.S.C. §2254 absent authorization from the court of appeals.  *See* 28 U.S.C. §2244(b)(3)(A).  Thus even if petitioner could establish a basis for a second or successive petition and could overcome the apparent untimeliness of any such petition, this court still would lack jurisdiction to proceed, absent authorization of the court of appeals.  Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition is dismissed." The clerk shall close the file.

SO ORDERED this 17th day of January, 2006.

s/Robert L. Hinkle<br>Chief United States District Judge